UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>,
    Plaintiff

       v.                      CR. 09-cr-84-01-SM

<u>Viggens Guerrier</u>,
    Defendant

<u>O R D E R</u>

Defendant Guerrier's motion to continue the final pretrial conference and trial is granted (document no. 8). Trial has been rescheduled for the December 2009 trial period. Defendant Guerrier shall file a waiver of speedy trial rights not later than September 18, 2009. On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

Final Pretrial Conference is rescheduled for November 24, 2009 at 11:30 a.m. in Room 421.

Jury selection will take place on December 8, 2009 at 9:30 a.m.

SO ORDERED.

                                        Steven J. McAuliffe
                                            Chief Judge

September 7, 2009

cc:    Richard Monteith, Esq.
       Terry Ollila, AUSA
       U.S. Marshal
       U.S. Probation