UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>,
    Plaintiff

    v.                        CR. 09-cr-84-01-SM

<u>Viggens Guerrier</u>,
    Defendant

<u>O R D E R</u>

Defendant Guerrier's motion to continue the trial is granted (document no. 34). Trial has been rescheduled for the March 2010 trial period. Defendant Guerrier shall file a waiver of speedy trial rights not later than February 26, 2010. On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

Final Pretrial Conference, if necessary, will take place on March 5, 2010 at 2:30 p.m. in Room 421.

Jury selection will take place on March 16, 2010 at 9:30 a.m.

SO ORDERED.

/s/ Steven J. McAuliffe
Steven J. McAuliffe
Chief Judge

February 16, 2010

cc:   Richard Monteith, Esq.
      Terry Ollila, AUSA
      U.S. Marshal
      U.S. Probation